IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANNY JORGENSON,

    Petitioner,

 v.

R.J. GROUNDS, Warden,

    Respondent.

                                 /

No. C 12-4040 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. Petitioner filed an in forma pauperis application; however, he did not file his Certificate of Funds or his six month trust account.

    On September 10, 2012, the Court sent a second notification to Petitioner informing him that he did not file a Certificate of Funds or his six month prison trust account. The Court directed Petitioner to either pay the fee or submit a Certificate of Funds or his six month trust account within thirty days or his action would be dismissed.

    More than thirty days have passed and Petitioner has not paid the filing fee, submitted a Certificate of Funds or his six month trust account or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case.

    IT IS SO ORDERED.

DATED:   1/15/13                                      *Saundra B Armstrong*
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

L:\HerslerR\Docs\SBA Cases\Jorgenson 12-4040.Diss-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY JORGENSON, | Case Number: CV12-04040 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SPEARMAN WARDEN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 15, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Danny L. Jorgenson H05330
Correctional Training Facility - Soledad
P.O. Box 689
Soledad, CA 93960

Dated: January 15, 2013

Richard W. Wieking, Clerk
By: Lisa Clark, Deputy Clerk

L:\HerslerR\Docs\SBA Cases\Jorgenson 12-4040.Diss-IFP.wpd            2